1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 **MARY A. HURTADO**                )
   **XXX-XX-3801**                    )     Case No.  13-891 EFB
12                                    )
                                      )
13                                    )
                                      )     **STIPULATION AND** ~~PROPOSED~~
14                                    )     **ORDER EXTENDING PLAINTIFF'S**
       **Plaintiff,**                 )     **TIME TO FILE SUMMARY**
15                                    )     **JUDGMENT MOTION**
   **v.**                             )
16                                    )
   **MICHAEL J. ASTRUE**              )
17 **Commissioner of Social Security**)
   **of the United States of America,**)
18                                    )
       **Defendant.**                 )
19                                    )
   _____    )
20

21      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment motion is hereby extended from September 26, 2013 to

23 October 25, 2013, with the Commissioner's brief due November 25, 2013   This is plaintiff's first

24 extension and is required due to counsel's impacted briefing schedule.

25

26 / / / /

27 / / / /

28 / / / /

Dated: September 25, 2013      */s/Bess M. Brewer*
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


Dated: September 25, 2013      Benjamin B. Wagner

                               United States Attorney

                               Donna L. Calvert
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/Armand Roth
                               ARMAND ROTH

                               Special Assistant United States Attorney
                               Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: October 1, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2