1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY A. HURTADO**<br>**XXX-XX-3801** | Case No.  13-891 EFB |
| **Plaintiff,** | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from September 26, 2013 to October 25, 2013, with the Commissioner's brief due November 25, 2013   This is plaintiff's first extension and is required due to counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: September 25, 2013 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: September 25, 2013 | Benjamin B. Wagner<br>United States Attorney<br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br>/s/Armand Roth<br>ARMAND ROTH<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 1, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2