BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. HURTADO<br>XXX-XX-3801<br><br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No.   13-891 EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 25 to December 16, 2013, with defendant's brief due January 15, 2014. This extension is required due to Plaintiff's counsel's workload and the fact that Defendant's Counsel will be out of the office for approximately four weeks during that period of time.

////

////

////

1

Dated: October 23, 2013                  */s/Bess M. Brewer*
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated:   October 23, 2013                Benjamin B. Wagner
                                         United States Attorney

                                         Donna L. Calvert
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         /s/Armand Roth
                                         ARMAND ROTH
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:   October 28, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2