1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
5  Attorneys for Plaintiff
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11 MARY A. HURTADO                )
   XXX-XX-3801                    )        Case No.   13-891 EFB
12                                )
                                  )
13                                )        **STIPULATION AND** ~~**PROPOSED**~~
                                  )        **ORDER EXTENDING PLAINTIFF'S**
14        **Plaintiff,**          )        **TIME TO FILE SUMMARY**
                                  )        **JUDGEMENT MOTION**
15 v.                             )
                                  )
16 MICHAEL J. ASTRUE              )
   Commissioner of Social Security)
17 of the United States of America,)
                                  )
18        Defendant.              )
                                  )
19                                )
20
21       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
22 Plaintiff's time to file her summary judgment motion is hereby extended from October 25 to
23 December 16, 2013, with defendant's brief due January 15, 2014. This extension is required due to
24 Plaintiff's counsel's workload and the fact that Defendant's Counsel will be out of the office for
25 approximately four weeks during that period of time.
26 ////
27 ////
28 ////

1

| | |
|---|---|
| Dated: October 23, 2013 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |
| Dated: October 23, 2013 | Benjamin B. Wagner<br>United States Attorney<br><br>Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>/s/Armand Roth<br>ARMAND ROTH<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 28, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2