1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY A. HURTADO**<br>XXX-XX-3801 | Case No. 13-891 EFB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 16, 2013, to December 18, 2013. Defendant's brief will be due January 29, 2014, as he will be on leave from December 20, 2013 to January 14, 2014. This short extension is required due to Plaintiff's counsel's need to complete an older brief.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: December 16, 2013 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: December 16, 2013 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | | /s/Armand Roth<br>ARMAND ROTH |
| | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 17 2013

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2